Fill in this information to identify the case:

Debtor name  **GrowlerU Franco, LLC**

United States Bankruptcy Court for the:  **DISTRICT OF COLORADO**

Case number (if known):  **19-20102 TBM**

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A Closer Look, LLC<br>P.O. Box 936612<br>Atlanta, GA 31193 | | 2019<br>Vendor | | | | $734.80 |
| Akamal Systems Consulting<br>5994 S. Holly Street Suite 202<br>Greenwood Village, CO 80111 | | 2019<br>Content delivery network | | | | $855.65 |
| Allreagray Design<br>309 E. 2nd Street<br>Dundee, IL 60118 | | 2019<br>Vendor - Graphic Design | | | | $843.76 |
| Comcast Business<br>P.O. Box 60533<br>City of Industry, CA 91716 | | 2019<br>Internet service provider | | | | $263.32 |
| Debt Recovery Resources<br>209 West 2nd Street Suite 322<br>Fort Worth, TX 76102 | | 2019<br>Collection agency | | | | $800.00 |
| Decibel Blue<br>7524 E. Angus Drive #2<br>Scottsdale, AZ 85251 | | 2019<br>Vendor - Marketing | | | | $3,700.00 |
| Franconnect<br>13865 Sunrise Valley Dr.<br>Suite 150<br>Herndon, VA 20171 | | Collection action | Contingent<br>Unliquidated<br>Disputed | | | $81,097.25 |
| Kaiser Permanente<br>P.O. Box 711697<br>Denver, CO 80271 | | 2019<br>Medical insurance | | | | $41,247.43 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Debtor **GrowlerU Franco, LLC**
Name

Case number *(if known)* **19-20102 TBM**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Moye White**<br>**1400 16th Street**<br>**6th Floor**<br>**Denver, CO 80202** | | **2019**<br>**Legal services** | | | | $4,463.31 |
| **Naranga LLC**<br>**980 Hammond Drive**<br>**Suite 900A**<br>**Atlanta, GA 30328** | | **2019**<br>**Franchise operation software** | | | | $5,200.00 |
| **Polsinelli**<br>**1401 Lawrence Street**<br>**Suite 2300**<br>**Denver, CO 80202** | | **2019**<br>**Legal services** | **Contingent Unliquidated Disputed** | | | $136,730.93 |
| **Rhodes & Salmon, P.C.**<br>**1801 Lomas Blvd. NW**<br>**Albuquerque, NM 87104** | | | | | | $258.90 |
| **Sun Life Financial**<br>**P.O. Box 843300**<br>**Kansas City, MO 64184** | | **2019**<br>**Dental/Vision insurance** | | | | $1,112.29 |
| **Tebo Development Co.**<br>**3111 28th Street**<br>**Boulder, CO 80301** | | | **Contingent Unliquidated Disputed** | | | $154,000.00 |
| **Xcel Energy**<br>**P.O. Box 9497**<br>**Minneapolis, MN 55484** | | **2019**<br>**Utilities** | | | | $204.19 |
| **Zenreach**<br>**1 Letterman Drive**<br>**Bldg. C, Suite P500**<br>**San Francisco, CA 94129** | | **2019**<br>**Vendor** | | | | $3,129.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2