# United States Bankruptcy Court
## District of Colorado

In re: **GrowlerU Franco, LLC**, Debtor(s)

Case No. **19-20102 TBM**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Albright, John M.<br>2231 Greenwood Avenue<br>Wilmette, IL 60091 | | | 2.133000 |
| Blount, John<br>1131 Grand Avenue<br>Grand Junction, CO 81501 | | | 2.561500 |
| Blount, William<br>100 Foster Road<br>Leeds, AL 35094 | | | 4.275900 |
| Box Call Holdings, LLC<br>13950 River Grove<br>Olive Branch, MS 38654 | | | 3.418700 |
| Brown, William<br>7200 E. Prentice Avenue<br>Greenwood Village, CO 80111 | | | 7.375700 |
| Chapparral Funds, LLC<br>2303 RR 620 South<br>#135348<br>Lakeway, TX 78734-6219 | | | 19.236200 |
| Curnutt, Ron<br>17406 Armel Court<br>Parker, CO 80134 | | | 4.814100 |
| DeVries, Robert<br>3405 Harlan Street<br>Wheat Ridge, CO 80033 | | | 2.133000 |
| Hanbery, Michael G.<br>1857 E. Geddes Avenue<br>Centennial, CO 80122 | | | 2.681200 |
| Jensen Boyer Consulting, LLC<br>2106 Roalnd Way<br>Eugene, OR 97401 | | | 1.604700 |
| Lynott, Brian<br>P.O. Box 2220<br>Beaverton, OR 97075 | | | 2.133000 |

In re:   **GrowlerU Franco, LLC**                                      Case No.   **19-20102 TBM**
                                 Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MacDonald, Scott T.**<br>**3505 Osage Street**<br>**Denver, CO 80211** | | | **2.133000** |
| **Manalo, Arnel U.**<br>**2411 E. Franklin Street**<br>**#217**<br>**Richmond, VA 23223** | | | **2.133000** |
| **Meegan, Brian**<br>**5850 E. Princeton Avenue**<br>**Cherry Hills Village, CO 80111** | | | **2.133000** |
| **Moose Migrated, LLC**<br>**P.O. Box 1609**<br>**Mackinac Island, MI 49757** | | | **4.814100** |
| **Pyms, Mark**<br>**5716 S. Jamaica Way**<br>**Englewood, CO 80111** | | | **.797400** |
| **Reilly, Charles J.**<br>**P.O. Box 565**<br>**Broomfield, CO 80038** | | | **4.275900** |
| **Saxman, Brian**<br>**7982 E. 33rd Avenue**<br>**Denver, CO 80238** | | | **2.133000** |
| **Shaw, Dave**<br>**5689 S. Ouray Street**<br>**Centennial, CO 80015** | | | **16.027100** |
| **White, Dan**<br>**75-6026 Alii Drive**<br>**#5-203**<br>**Kailua Kona, HI 96740** | | | **8.372400** |
| **Whittaker, Verne**<br>**P.O. Box 96**<br>**Creswell, OR 97426** | | | **4.814100** |

List of equity security holders consists of 3 total page(s)
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

In re:   **GrowlerU Franco, LLC**　　　　　　　　　　　　　Case No.   **19-20102 TBM**
　　　　　　　　　　　　　　　　Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

　　　I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 22, 2019**　　　　　　　　　　Signature   **/s/ Dave Shaw**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Dave Shaw**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.