# United States Bankruptcy Court
## District of Colorado

In re  **GrowlerU Franco, LLC**                           Case No.  **19-20102 TBM**
Debtor(s)                                                  Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **GrowlerU Franco, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Chapparral Funds, LLC**
**2303 RR 620 South**
**#135348**
**Lakeway, TX 78734-6219**

☐ None [*Check if applicable*]

**November 22, 2019**                           /s/ Jeffrey A. Weinman
Date                                            **Jeffrey A. Weinman 7605**
                                                Signature of Attorney or Litigant
                                                Counsel for  **GrowlerU Franco, LLC**
                                                **Weinman & Associates, P.C.**
                                                **730 17th Street**
                                                **Suite 240**
                                                **Denver, CO 80202**
                                                **303-572-1010 Fax:303-572-1011**
                                                **jweinmantrustee@outlook.com**