UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                  )
                                                        )
GROWLERU FRANCO, LLC                                    )    Case No.
dba Growler USA                                         )    Chapter 11
a Colorado Limited Liability Company                    )
EIN 46-4465194                                          )
                                                        )
Debtor.                                                 )

## CERTIFICATE OF CORPORATE RESOLUTION

This is to certify that I, Dave Shaw, Manager of GrowlerU Franco, LLC dba Growler USA (the "LLC") am authorized to make, execute, acknowledge, verify, seal and file a Petition under Chapter 11 of the United States Bankruptcy Code and the necessary schedules and other documents and schedules accompanying the same on behalf of the LLC;

The LLC is authorized to retain the law firm of Weinman & Associates, P.C., as counsel in connection with the foregoing; and

I am authorized to make such necessary arrangements for the payment of counsel's fees, expenses and costs as the situation requires, and to do any and all other acts and things being necessary, proper or advisable in connection with the foregoing.

IN WITNESS WHEREOF, I have hereunto set my hand on behalf GrowlerU Franco, LLC dba Growler USA.

Dated: 11/22/19

GrowlerU Franco, LLC
A Colorado Limited Liability Company

_____
Dave Shaw, Manager of
GrowlerU Franco, LLC