UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
GROWLERU FRANCO, LLC ) Case No. 19-20102 TBM
dba Growler USA ) Chapter 11
a Colorado Limited Liability Company )
EIN 46-4465194 )
)
Debtor. )

**DISCLOSURE REGARDING RECEIVERS**

In a Chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7:

Check applicable box:

[X]   No receiver is in possession of Debtor's property.

[ ]   A receiver is in possession of all or part of the Debtor's property.

Identification (by address or legal description) of property(ies): _____
Name of Creditor: _____
Name, Address and Telephone Number of Receiver:

Attorney for Receiver (if any): _____
Name, Address and Telephone Number of Attorney:

Date of Appointment of Receiver: _____
Court Appointing Receiver and Case No.: _____

DATED: November 22, 2019         Respectfully Submitted,
                                 WEINMAN & ASSOCIATES, P.C.

                                 By: /s/ *Jeffrey A. Weinman*
                                     Jeffrey A. Weinman, #7605
                                     730 17th Street, Suite 240
                                     Denver, CO 80202-3506
                                     Telephone: (303) 572-1010
                                     Facsimile: (303) 572-1011
                                     jweinman@weinmanpc.com